# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M156 | E 2819235 | James | 0151 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 09/13/2026 1643 | 36 CFR 5.6(b) |

Place of Offense

MADISON DR NW E/O 12th ST NW

Offense Description: Factual Basis for Charge HAZMAT ☐

OPERATING COMMERCIAL VEHICLE WITHOUT A PERMIT

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| DIAAELDIN HUSSEIN | ALY | M. |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UKG6383 | VA | | TRUCK | | PINK |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount

+ $30 Processing Fee

$ 130 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______________________

Original - CVB Copy

CVB SCAN 09/28/2026 15:22

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________ 20______ while exercising my duties as a law enforcement officer in the ______________ District of __________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/28/2026 15:22